UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES,

                  - against -                                   22-CR-624 (VSB)

                                                                **ORDER**

    JOSEPH MITCHELL,

                        Defendant.

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      An conference was held in this matter on February 2, 2023. At that conference, Joseph Mitchell, USM Number 36834-007, requested a transfer from the Westchester County Jail where he is presently detained, to the Metropolitan Detention Center. Mitchell wishes to actively participate in his own defense and believes he will be better able to do so with the resources available at the Metropolitan Detention Center. It is therefore my recommendation that Mitchell be transferred. Accordingly, it is hereby

      ORDERED that the Bureau of Prisons consider my recommendation that Mitchell be transferred to the Metropolitan Detention Center so that he may effectively participate in his defense.

SO ORDERED.

Dated: February 2, 2023
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge