LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
212-227-8899

April 3, 2023

Vernon S. Broderick
United States District Court
40 Foley Square
New York, N.Y. 10007

*Re: U.S. v. Joseph Mitchell*
22 Cr. 624 (VSB)

Your Honor:

    I write to request a six week adjournment of the conference in above case currently scheduled for April 6, 2023 to a date in mid-late May, 2023 to permit the defense additional time to review the discovery.

    The government, by James Ligtenberg, Esq. consents to this request. As this application is made to permit additional time for discovery review the time between April 6, 2023 and the next conference should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
HON. VERNON S. BRODERICK

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
VERNON S. BRODERICK
U.S.D.J.  04/05/2023

The status conference scheduled for April 6, 2023 is hereby adjourned to May 18, 2023 at 2:00 p.m. The adjournment is necessary to permit the defense additional time to review the discovery. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between April 6, 2023 and May 18, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.