

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

April 9, 2024

*Via ECF*
Hon. Vernon S. Broderick
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Joseph Mitchell
22-cr-624 (VSB)

Dear Judge Broderick:

    Please accept this letter as a request for a slight additional adjournment of the date to apprise the Court of how the defense plans to proceed with this case as well as a request for a slight adjournment of tomorrow's status conference. Although we have been diligently reviewing the file in this matter, and on several occasions have met with Mr. Mitchell's former counsel, as well as James Ligtenberg, AUSA and our client, we are still attempting to determine our next steps. We again met with Mr. Mitchell yesterday and today and after discussing some outstanding issues with Mr. Ligtenberg, we feel we need more time. We have conferred with Mr. Ligtenberg, and he has no objection to these requests. If Your Honor is inclined to grant our requests, the parties are available for a status conference on April 22, 2024 and April 24, 2024 after 1:30 pm, or April 25, 2024 before noon, if any of those times are convenient for the Court, or any date thereafter that is convenient for the Court. Moreover, if the requests are granted, a letter apprising the Court of how the defense plans to proceed will be filed with the Court the day before the scheduled conference, or any date determined by the Court.

    Your Honor's time and consideration in this matter is greatly appreciated.

Respectfully Submitted,

Lorraine Gauli-Rufo, Esq.
*Attorney for Joseph Mitchell*

cc: James Ligtenberg, AUSA